# LESTER & ASSOCIATES, P.C.

Attorneys at Law
600 Old Country Road, Suite 229
Garden City, New York 11530
Telephone (516) 357-9191
Facsimile (516) 357-9281
rlester@rlesterlaw.com

ROY J. LESTER*                                                                                         *ALSO ADMITTED IN CA
-----------------------------
GABRIEL R. KORINMAN
PETER K. KAMRAN

August 2, 2010

Potential Creditor

Re:   61 Lex & Park Restaurant, Inc.: Case No. 10-13527-smb
      **Adjourned Date for 341 Meeting of Creditors**

Dear Sir/Madam:

The above office represents 61 Lex & Park Restaurant, Inc. (the "Debtor") in the above referenced chapter 11 bankruptcy case filed on July 1, 2010.

**Debtor's Address**

**61 Lex & Park Restaurant, Inc.
132 East 61st Street
New York, New York 10021
Taxpayer Identification No.: 20-1751153-6**

As a potential creditor of the above referenced Debtor you may have received a notice from the United States Bankruptcy Court for the Southern District of New York (the "Court") notifying you of the Meeting of Creditors which was to be held on August 12, 2010, at 3:30 PM. **The Meeting of Creditors has been rescheduled to August 26, 2010, at 2:30 PM, and will be convened at the Office of the United States Trustee, 80 Broad Street, Fourth Floor, New York, New York 10004-1408.**

Please note, you may be a creditor of the debtor. You may want to consult an attorney to protect your rights. All documents filed in this case may be reviewed on the court's Electronic Case File System ("ECF") using a PACER login and password at www.nysb.uscourts.gov or at any of the three divisions of the Court during posted business hours. The staff of the Bankruptcy Clerk's Office and the U.S. Trustee cannot give legal advice.

Address of the Bankruptcy Clerk's Office
One Bowling Green
New York, New York 10004-1408
Telephone number: (212) 668-2870
Hours Open: Monday – Friday 8:30 AM – 5:00 PM

      In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the Debtor and the Debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the Debtor can request the Court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

                                                    Very truly yours,

                                                    Peter K. Kamran

cc:      Elisabetta G. Gasparini, Esq.
          Office of the United States Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:

        100 WEST PARK LLC,

                 Debtor.
-----------------------------------------------------------X

Firm # 20-8104897

Case No. 810-73968-AST

Chapter 11

## CERTIFICATE OF SERVICE

      I, PETER K. KAMRAN, being duly sworn, depose and say:

      1. That I am an attorney duly admitted to practice law in the State of New York, not a party to the action, and I am over eighteen years of age and reside in Bellport, New York.

      2. That on the 2nd day of August, 2010, I served a copy of a NOTICE OF ADJOURNMENT OF MEETING OF CREDITORS by depositing a true copy thereof in an official depository of the United States Postal Service contained in a securely closed post-paid envelope directed to the following person by First Class Mail at the address designated below which is the last known address of the addressee and enclosed in- an envelope containing name and return address of the party effecting service to:

US TRUSTEE
33 WHITEHALL ST, 21ST FLOOR
NEW YORK, NY 10004
ATT: ELISABETTA G. GASPARINI
TRIAL ATTORNEY

PETER AGRAMONTE
132 EAST 61ST STREET
NEW YORK, NY 10021

A&M BAKERY
22 N. 3RD AVENUE
MOUNT VERNON, NY 10550

AIDIL WINES & LIQUORS
75-1 WINDSOR AVENUE
MINEOLA, NY 11501

ARROW LINEN SUPPLY
467 PROSPECT AVE
BROOKLYN, NY 11215

AUNT BUTCHIE'S DESSERTS
6901 13 AVENUE
BROOKLYN, NY 11228

AUTO CHLOR
685 GOTHAM PARKWAY
CARLSTADT, NJ 07072

BLUE RIBBON FISH
800 FORD CENTER DRIVE, UNIT 67
BRONX, NY 10474

COCA COLA ENTERPRISES
PO BOX 4108
BOSTON, MA 02211

CONED
COOPER STATION
PO BOX 138
NEW YORK, NY 10276

DMX INC
1703 W 5 ST, STE 600
AUSTIN, TX 78703

ECOLAB PEST ELIMINATION
PO BOX 6007
GRAND FORKS, ND 58206

EMPIRE MERCHANTS
16 BRIDGEWATER STREET
BROOKLYN, NY 11222

ESPRESSO EMPORIUM
65 COMMERCE STREET
BROOKLYN, NY 11231

FARM FRESH
571 AUSTIN PLACE
BRONX, NY 10455

FIREPROOFING CORP
261 W 26 ST
NEW YORK, NY 10018

GEORGE KARP, ESQ.
305 BROADWAY, 5TH FLR
NEW YORK, NY 10007

GREAT SUSAN WINE
307 W 38TH, RM 801
NEW YORK, NY 10018

HELIO GUSMAO
300 EAST 41ST ST
NEW YORK, NY 10016

IRS
PO BOX 9019
HOLTSVILLE, NY 11742

ISABELLA CARTING
1564 HAIGHT AVENUE
BRONX, NY 10461

LOUIS SPAGNOLI, INC.
7 DEERFIELD LANE
KATONAH, NY 10536-0000

MANHATTAN BEER
400 WALNUT AVENUE
BRONX, NY 10454

MARIO PIPPA IMPORTS
223 E. 61 ST, #3B
NEW YORK, NY 10066

METROPOLIS WINE
527 W 45 STREET
KATONAH, NY 10536

MONARCH SEAFOOD
PO BOX 6465
JERSEY CITY, NJ 07306

NYC DEPT OF FINANCE
345 ADAMS STREET, 3RD FLOOR
ATT: LEGAL AFFAIRS-DEVORA COHN
BROOKLYN, NY 11201-3719

NYS DEPT OF LABOR
INSOLVENCY UNIT
STATE OFFICE CAMPUS
BLDG 12, RM 258
ALBANY, NY 12240

NYS DEPT OF LABOR
PO BOX 15012
ALBANY, NY 12212

NYS DEPT OF TAX & FINANCE
PO BOX 5149
ALBANY, NY 12205-0149

NYS DEPT OF TAX & FINANCE
BANKRUPTCY/SPECIAL PROCEDURES
PO BOX 5300
ALBANY, NY 12205-0300

NYS UNEMPLOYMENT INSURANCE FUND
PO BOX 551
ALBANY, NY 12201-0551

PRINTING FOR U
2709 AVENUE U
BROOKLYN, NY 11229

PURELITE CANDLE
302A W 12 ST, #303
NEW YORK, NY 10014

REWARDS NETWORK
2 NORTH RIVERSIDE PLAZA, STE 950
CHICAGO, IL 60606

SENTINEL FIRE CONTROL
9034 TONNELLE AVENUE
NORTH BERGEN, NJ 07047

SUDEK USA INC.
14 JOHN READING ROAD
FLEMINGTON, NJ 08822

TABLE TOPS PAPER CORP.
PO BOX 220443
BROOKLYN, NY 11222

TANIA SANTANA
2021 1ST AVENUE
NEW YORK, NY 10029

TIME WARNER CABLE
41-61 KISSENA BLVD
FLUSHING, NY 11355

TRIVIN IMPORTS
1 PARK AVENUE
MOUNT VERNON, NY 10550

US ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT – ROOM 417
NEW YORK, NY 10007-1701

WEST CONN MEAT
BLDG F-16
HUNTS POINT COOP MARKET
BRONX, NY 10474

/s/ Peter K. Kamran
PETER K. KAMRAN