B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  61 Lex & Park Restaurant Inc    ,         Case No.   10-13527-smb
          *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   January 2011                    Date filed:   07/01/2010

Line of Business:   Restaurant           NAISC Code:   722110

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY  *(signature)*

Original Signature of Responsible Party

Tania Santana

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 61,106.52

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $ 38,406.57

Cash on Hand at End of Month   $ 44,967.88

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL**   $ 44,967.88

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES   $ 54,545.21

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 61,106.52

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 54,545.21

*(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH**   $ 6,561.31

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| | **TOTAL PAYABLES** $ | 0.00 |

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| | **TOTAL RECEIVABLES** $ | 0.00 |

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 8 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 8 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? ** | $ | 2,000.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

```
 ** Professional Fees Paid to Archstone by Officer of Debtor,
    Debtor not Responsible for Repayment.
```

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---:|---:|---:|
| INCOME | $ 91,000.00 | $ 61,106.52 | $ -29,893.48 |
| EXPENSES | $ 80,000.00 | $ 54,545.21 | $ -15,454.79 |
| CASH PROFIT | $ 11,000.00 | $ 6,561.31 | $ -4,438.69 |

| | |
|---|---:|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 91,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 80,000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 11,000.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

## 61 LEX & PARK RESTAURANT, INC.
## INCOME & EXPENSES
### JANUARY 2011 - CASE NO. 10-13527-SMB

| ACCOUNT NUMBER (LAST 4) | OPER #8796 | OLD # 8964 | CURRENT MONTH (TOTAL OF ALL ACCOUNTS) |
|---|---:|---:|---:|
| **CASH BEGINNING OF MONTH** | $38,406.57 | $0.00 | $38,406.57 |
| **RECEIPTS** | | | |
| CASH RECEIPTS | $61,106.52 | $0.00 | $61,106.52 |
| ACCOUNTS RECEIVABLE - PREPETITION | $0.00 | $0.00 | $0.00 |
| ACCOUNTS RECEIVABLE - POSTPETITION | $0.00 | $0.00 | $0.00 |
| CASH DEPOSITS | $15,000.00 | $0.00 | $15,000.00 |
| OFFICER INVESTMENT | $0.00 | $0.00 | $0.00 |
| OVERDRAFT PROTECTION | $0.00 | $0.00 | $0.00 |
| TRANSFERS *(FROM DIP ACCTS)* | $0.00 | $0.00 | $0.00 |
| **TOTAL RECEIPTS** | $61,106.52 | $0.00 | $61,106.52 |
| **DISBURSEMENTS** | | | |
| PAYROLL | $25,714.32 | $0.00 | $25,714.32 |
| PAYROLL SERVICE FEES | $420.09 | $0.00 | $420.09 |
| UTILITIES | $1,000.00 | $0.00 | $1,000.00 |
| BAKERY EXPENSE | $1,210.00 | $0.00 | $1,210.00 |
| FOOD/LIQUOR | $8,541.15 | $0.00 | $8,541.15 |
| SECURED/ RENTAL/ LEASES | $10,746.47 | $0.00 | $10,746.47 |
| INSURANCE | $559.99 | $0.00 | $559.99 |
| MAINTENANCE/REPAIRS | $3,622.44 | $0.00 | $3,622.44 |
| SECURITY | $48.99 | $0.00 | $48.99 |
| CREDIT CARD FEES & BANK FEES | $898.07 | $0.00 | $898.07 |
| LAUNDRY | $0.00 | $0.00 | $0.00 |
| CAR LEASE | $450.00 | $0.00 | $450.00 |
| MISC. PETTY CASH ITEMS | $401.08 | $0.00 | $401.08 |
| CASH DEPOSIT | $0.00 | $0.00 | $0.00 |
| SALES/USE TAXES | $932.61 | $0.00 | $932.61 |
| PROFESSIONAL FEES | $0.00 | $0.00 | $0.00 |
| U.S. TRUSTEE QUARTERLY FEES | $0.00 | $0.00 | $0.00 |
| COURT COSTS | $0.00 | $0.00 | $0.00 |
| **TOTAL DISBURSEMENTS** | $54,545.21 | $0.00 | $54,545.21 |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | $6,561.31 | $0.00 | $6,561.31 |
| **CASH – END OF MONTH** | $44,967.88 | $0.00 | $44,967.88 |



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

January 01, 2011 through January 31, 2011

Account Number: 000000875608796

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00097628 DRE 802 143 03211 - NNNNNNNNNNN T 1 000000000 62 0000
61 LEX & PARK RESTAURANT INC
DEBTOR IN POSSESSION
CASE #10-13527-SMB
132 EAST 61ST STREET
NEW YORK NY 10065-9003

### Take Charge of Your Checking Account to Help Avoid Fees

1. **Sign up for overdraft protection** from your Savings Account or Chase Credit Card*.
2. **Sign up for low balance alerts** at Chase.com/freealerts.
3. **Enroll in Chase Mobile** SM to get your balance by text message at Chase.com/Mobile.
4. **Check your balances and transactions 24/7 at Chase.com**

Want to learn more about managing your checking account?
Visit your local branch and speak to a personal banker today
or visit www.Chase.com/ManageMyAccount

*Overdraft Protection may be subject to credit approval. Fees may apply.

## CHECKING SUMMARY    Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $22,128.32 |
| Deposits and Additions | 53 | 71,493.65 |
| Checks Paid | 71 | - 80,728.07 |
| Electronic Withdrawals | 21 | - 3,927.75 |
| Fees and Other Withdrawals | 3 | - 102.00 |
| **Ending Balance** | 148 | $8,864.15 |

Your monthly service fee was waived because you maintained an average checking balance of $7,500 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/03 | American Express Settlement 6312797574 | CCD ID: 1134992250 | $2,437.01 |
| 01/03 | Global Pay   Global Dep 8788190001336 | CCD ID: 5469221406 | 1,800.86 |
| 01/03 | American Express Settlement 6312797574 | CCD ID: 1134992250 | 579.51 |
| 01/04 | Global Pay   Global Dep 8788190001336 | CCD ID: 5469221406 | 3,923.36 |
| 01/04 | American Express Settlement 6312797574 | CCD ID: 1134992250 | 2,855.78 |
| 01/04 | Global Pay   Global Dep 8788190001336 | CCD ID: 5469221406 | 825.93 |


January 01, 2011 through January 31, 2011
Account Number: 000000875608796

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:   Step 1 Balance:  $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:   $_____

3. Add Step 2 Total to Step 1 Balance.   Step 3 Total:   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|---------------------|--------|---------------------|--------|
|                     |        |                     |        |
|                     |        |                     |        |
|                     |        |                     |        |
|                     |        |                     |        |
|                     |        |                     |        |
|                     |        |                     |        |

Step 4 Total:   -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:   $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC



## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 01/05 | Deposit   809006362 | 5,000.00 |
| 01/05 | Global Pay   Global Dep 8788190001336   CCD ID: 5469221406 | 797.32 |
| 01/05 | American Express Settlement 6312797574   CCD ID: 1134992250 | 363.56 |
| 01/06 | Global Pay   Global Dep 8788190001336   CCD ID: 5469221406 | 286.76 |
| 01/06 | Global Pay   Global Dep 8788190001336   CCD ID: 5469221406 | 250.65 |
| 01/07 | Global Pay   Global Dep 8788190001336   CCD ID: 5469221406 | 1,029.10 |
| 01/07 | American Express Settlement 6312797574   CCD ID: 1134992250 | 251.49 |
| 01/10 | American Express Settlement 6312797574   CCD ID: 1134992250 | 2,180.86 |
| 01/10 | Global Pay   Global Dep 8788190001336   CCD ID: 5469221406 | 1,771.11 |
| 01/10 | American Express Settlement 6312797574   CCD ID: 1134992250 | 553.83 |
| 01/11 | Global Pay   Global Dep 8788190001336   CCD ID: 5469221406 | 1,128.75 |
| 01/11 | American Express Settlement 6312797574   CCD ID: 1134992250 | 642.68 |
| 01/11 | Global Pay   Global Dep 8788190001336   CCD ID: 5469221406 | 469.02 |
| 01/12 | American Express Settlement 6312797574   CCD ID: 1134992250 | 1,592.31 |
| 01/12 | Global Pay   Global Dep 8788190001336   CCD ID: 5469221406 | 684.46 |
| 01/13 | Global Pay   Global Dep 8788190001336   CCD ID: 5469221406 | 962.97 |
| 01/14 | Book Transfer Credit B/O: Mrs Tania L Santana OR Cenira New York, NY 100295009 Trn: 1362900014Es | 10,000.00 |
| 01/14 | Global Pay   Global Dep 8788190001336   CCD ID: 5469221406 | 562.90 |
| 01/14 | American Express Settlement 6312797574   CCD ID: 1134992250 | 412.48 |
| 01/18 | American Express Settlement 6312797574   CCD ID: 1134992250 | 1,671.73 |
| 01/18 | American Express Settlement 6312797574   CCD ID: 1134992250 | 1,629.60 |
| 01/18 | American Express Settlement 6312797574   CCD ID: 1134992250 | 1,613.24 |
| 01/18 | Global Pay   Global Dep 8788190001336   CCD ID: 5469221406 | 1,076.00 |
| 01/19 | Global Pay   Global Dep 8788190001336   CCD ID: 5469221406 | 1,184.56 |
| 01/19 | American Express Settlement 6312797574   CCD ID: 1134992250 | 985.25 |
| 01/19 | Global Pay   Global Dep 8788190001336   CCD ID: 5469221406 | 766.09 |
| 01/19 | Global Pay   Global Dep 8788190001336   CCD ID: 5469221406 | 617.36 |
| 01/19 | Global Pay   Global Dep 8788190001336   CCD ID: 5469221406 | 274.70 |
| 01/20 | Global Pay   Global Dep 8788190001336   CCD ID: 5469221406 | 630.16 |
| 01/21 | Discover Network Settlement 601101332127537 CCD ID: 1510020270 | 1,262.45 |
| 01/21 | Global Pay   Global Dep 8788190001336   CCD ID: 5469221406 | 819.73 |
| 01/21 | American Express Settlement 6312797574   CCD ID: 1134992250 | 325.63 |
| 01/21 | Discover Network Settlement 601101332127537 CCD ID: 1510020270 | 220.95 |
| 01/24 | American Express Settlement 6312797574   CCD ID: 1134992250 | 2,345.18 |
| 01/24 | Global Pay   Global Dep 8788190001336   CCD ID: 5469221406 | 2,207.89 |
| 01/24 | American Express Settlement 6312797574   CCD ID: 1134992250 | 544.60 |
| 01/25 | Global Pay   Global Dep 8788190001336   CCD ID: 5469221406 | 1,134.59 |
| 01/25 | American Express Settlement 6312797574   CCD ID: 1134992250 | 1,009.52 |
| 01/25 | Global Pay   Global Dep 8788190001336   CCD ID: 5469221406 | 583.36 |
| 01/26 | American Express Settlement 6312797574   CCD ID: 1134992250 | 509.52 |
| 01/26 | Global Pay   Global Dep 8788190001336   CCD ID: 5469221406 | 430.24 |
| 01/27 | Global Pay   Global Dep 8788190001336   CCD ID: 5469221406 | 909.88 |
| 01/28 | American Express Settlement 6312797574   CCD ID: 1134992250 | 1,642.02 |
| 01/28 | Global Pay   Global Dep 8788190001336   CCD ID: 5469221406 | 1,550.37 |





| DEPOSITS AND ADDITIONS | (continued) | | |
|---|---|---|---|
| DATE | DESCRIPTION | | AMOUNT |
| 01/31 | American Express Settlement 6312797574 | CCD ID: 1134992250 | 1,557.88 |
| 01/31 | American Express Settlement 6312797574 | CCD ID: 1134992250 | 1,315.29 |
| 01/31 | Global Pay    Global Dep 8788190001336 | CCD ID: 5469221406 | 1,313.16 |
| **Total Deposits and Additions** | | | **$71,493.65** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 101 ^ | 01/20 | 01/20 | $660.00 |
| 1248 *^ | | 01/06 | 419.00 |
| 1267 *^ | | 01/06 | 450.00 |
| 1268 ^ | | 01/10 | 500.00 |
| 1270 *^ | | 01/12 | 298.00 |
| 1271 ^ | | 01/06 | 466.00 |
| 1272 ^ | | 01/05 | 833.00 |
| 1273 ^ | 01/05 | 01/05 | 822.00 |
| 1274 ^ | | 01/06 | 604.00 |
| 1275 ^ | | 01/05 | 817.00 |
| 1276 ^ | | 01/07 | 407.28 |
| 1277 ^ | | 01/12 | 325.00 |
| 1279 *^ | | 01/13 | 315.00 |
| 1280 ^ | | 01/12 | 1,147.19 |
| 1281 ^ | | 01/14 | 708.00 |
| 1282 ^ | | 01/20 | 600.00 |
| 1283 ^ | | 01/20 | 450.00 |
| 1284 ^ | | 01/18 | 425.00 |
| 1285 ^ | | 01/18 | 400.00 |
| 1286 ^ | | 01/20 | 325.00 |
| 1287 ^ | | 01/18 | 401.28 |
| 1288 ^ | 01/18 | 01/18 | 668.00 |
| 1289 ^ | | 01/18 | 704.00 |
| 1290 ^ | | 01/18 | 451.00 |
| 1291 ^ | 01/18 | 01/18 | 566.00 |
| 1292 ^ | | 01/20 | 10,746.47 |
| 1293 ^ | | 01/18 | 279.00 |
| 1294 ^ | | 01/18 | 1,593.26 |
| 1295 ^ | | 01/21 | 222.44 |
| 1296 ^ | | 01/20 | 543.39 |
| 1297 ^ | | 01/20 | 450.00 |
| 1298 ^ | | 01/21 | 425.00 |
| 1299 ^ | | 01/21 | 400.00 |
| 1300 ^ | | 01/20 | 325.00 |
| 1302 *^ | | 01/20 | 489.00 |
| 1303 ^ | | 01/24 | 202.00 |
| 1304 ^ | | 01/21 | 402.00 |
| 1305 ^ | 01/21 | 01/21 | 511.00 |



# CHASE

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1308 *^ | | 01/20 | 1,160.47 |
| 1309 ^ | | 01/25 | 1,672.73 |
| 1310 ^ | | 01/27 | 891.00 |
| 1311 ^ | | 01/27 | 1,210.00 |
| 1312 ^ | | 01/26 | 1,100.00 |
| 1314 *^ | | 01/27 | 425.00 |
| 1315 ^ | | 01/28 | 400.00 |
| 1316 ^ | | 01/28 | 450.00 |
| 1318 *^ | | 01/27 | 375.00 |
| 1320 *^ | | 01/27 | 505.00 |
| 1321 ^ | 01/27 | 01/27 | 535.00 |
| 1322 ^ | 01/28 | 01/28 | 342.00 |
| 1323 ^ | | 01/31 | 211.00 |
| 1325 *^ | | 01/28 | 1,553.55 |
| 1524 *^ | | 01/04 | 2,030.90 |
| 1582 *^ | | 01/04 | 622.43 |
| 1589 *^ | | 01/10 | 325.00 |
| 1596 *^ | 01/10 | 01/10 | 751.00 |
| 1608 *^ | | 01/03 | 258.00 |
| 1609 ^ | | 01/04 | 529.00 |
| 1613 *^ | 01/03 | 01/03 | 598.00 |
| 1614 ^ | | 01/03 | 600.00 |
| 1617 *^ | | 01/03 | 450.00 |
| 1618 ^ | | 01/10 | 325.00 |
| 1619 ^ | | 01/06 | 17,522.00 |
| 1620 ^ | | 01/05 | 1,413.95 |
| 1621 ^ | | 01/06 | 600.00 |
| 1622 ^ | | 01/06 | 425.00 |
| 1623 ^ | | 01/06 | 400.00 |
| 1624 ^ | | 01/06 | 450.00 |
| 1625 ^ | | 01/07 | 10,746.47 |
| 1626 ^ | | 01/06 | 203.26 |
| 1627 ^ | | 01/05 | 1,297.00 |

**Total Checks Paid** $80,728.07

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | Geico Prem Coll PPD ID: 3530075853 | $221.82 |
| 01/03 | ADT Security Svc ADT ACH 01006854717 CCD ID: 9841136515 | 48.99 |
| 01/04 | Global Pay Global Stl 8788190001336 CCD ID: 5469221406 | 289.07 |
| 01/07 | Chrylser Finance Cf Web 0007002843200 Web ID: 1383536414 | 450.00 |





January 01, 2011 through January 31, 2011

Account Number: **000000875608796**

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 01/10 | Paychex Eib    Invoice    X38268300025900 CCD ID: 9000000020 | 61.00 |
| 01/11 | Geico           Geico Pymt 2Ajn1Q6925Jodie Web ID: 1530075853 | 255.83 |
| 01/12 | ADP Payroll Fees ADP - Fees 131Kp    1382884 CCD ID: 9659605001 | 50.00 |
| 01/13 | Verizon Main    Bill Pay   4601255091    Tel ID: 7529071411 | 400.00 |
| 01/13 | Billmatrix       Bill Pay   4601255092    Tel ID: 7529000011 | 3.50 |
| 01/14 | Paychex-Hrs     Ins Prem   14301352      CCD ID: 1555124166 | 14.35 |
| 01/19 | ADP Payroll Fees ADP - Fees 131Kp    1382885 CCD ID: 9659605001 | 109.60 |
| 01/21 | Verizon Main    Bill Pay   6449397981    Tel ID: 7529071411 | 600.00 |
| 01/21 | Paychex Tps     Taxes      38599400018773X CCD ID: 1161124166 | 136.61 |
| 01/21 | Paychex Eib     Invoice    X38607800013173 CCD ID: 9000000020 | 74.95 |
| 01/21 | Payx-Pai-Wc     Wc-Premium 0000013579531  CCD ID: 1161528391 | 25.47 |
| 01/21 | Billmatrix       Bill Pay   6449397982    Tel ID: 7529000011 | 3.50 |
| 01/25 | American Express Elec Remit          PPD ID: 2005032112 | 500.00 |
| 01/26 | ADP Payroll Fees ADP - Fees 131Kp    2260080 CCD ID: 9659605001 | 72.54 |
| 01/28 | Paychex Tps     Taxes      38711600006768X CCD ID: 1161124166 | 516.00 |
| 01/31 | Paychex Eib     Invoice    X38715600025504 CCD ID: 9000000020 | 52.00 |
| 01/31 | Payx-Pai-Wc     Wc-Premium 0000013624118  CCD ID: 1161528391 | 42.52 |
| **Total Electronic Withdrawals** | | **$3,927.75** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 01/07 | Insufficient Funds Fee For Check #1625 IN The Amount of $10,746.47 | $34.00 |
| 01/07 | Insufficient Funds Fee For A $450.00 Item - Details: Chrylser Finance Cf Web 0007002843200   Web ID: 1383536414 | 34.00 |
| 01/07 | Insufficient Funds Fee For Check #1276 IN The Amount of $407.28 | 34.00 |
| **Total Fees & Other Withdrawals** | | **$102.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---:|---|---:|
| 01/03 | $24,768.89 | 01/18 | 14,439.01 |
| 01/04 | 28,902.56 | 01/19 | 18,157.37 |
| 01/05 | 29,880.49 | 01/20 | 3,038.20 |
| 01/06 | 8,878.64 | 01/21 | 2,865.99 |
| 01/07 | -1,546.52 | 01/24 | 7,761.66 |
| 01/10 | 997.28 | 01/25 | 8,316.40 |
| 01/11 | 2,981.90 | 01/26 | 8,083.62 |
| 01/12 | 3,438.48 | 01/27 | 5,052.50 |
| 01/13 | 3,682.95 | 01/28 | 4,983.34 |
| 01/14 | 13,935.98 | 01/31 | 8,864.15 |



## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---:|
| Checks Paid / Debits | 92 |
| Deposits / Credits | 53 |
| Deposited Items | 0 |
| **Transaction Total** | **145** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---:|
| Service Fee | $18.00 |
| Service Fee Credit | -$18.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |





This Page Intentionally Left Blank